IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS,<br><br>        Plaintiff,<br><br>        vs.<br><br>R. HOELEWYN, et al.,<br><br>        Defendants.<br>_____/ | 1:05-CV- 01251-REC-SMS-P<br><br>SECOND ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 2, 2005, the court ordered plaintiff to submit a new application to proceed in forma pauperis which included the required original signature by an authorized officer of the institution of incarceration and a certified copy of his prison trust account statement, or in the alternative, to pay the $250.00 filing fee. On November 23, 2005, plaintiff submitted an application which did <u>not</u> include the required original signature by an authorized officer. In addition, plaintiff did not submit a copy of his prison trust account statement. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $250.00 filing fee.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

        2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis which includes the original signature of an

authorized officer of the institution of incarceration and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    December 8, 2005**                            /s/ Sandra M. Snyder
b6edp0                                                    UNITED STATES MAGISTRATE JUDGE