# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS, | CV F   05 1251 REC SMS P |
| Plaintiff, | |
| v. | ORDER VACATING ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 8.) |
| R. HAELEWYN, et. al., | ORDER DENYING MOTION FOR EXTENSION OF TIME MOOT (Doc. 7, 10.) |
| Defendants. | |

Lonnie Williams ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on October 3, 2005, along with a Motion to Proceed In Forma Pauperis.  Finding the application deficient, the Court issued an Order on November 2, 2005, requiring Plaintiff cure the deficiencies of the Motion to Proceed In Forma Pauperis.  On December 14, 2005, Plaintiff moved for an extension of time to obtain the necessary documents and cure the deficiencies of the Motion.  However, it has come to the attention of the Court that Plaintiff is barred from bringing an action in forma pauperis under 28 U.S.C.§ 1915(g).   In light of this information, the Court HEREBY ORDERS:

    1.       The Order requiring Plaintiff to cure deficiencies and submit a completed

1 | Application to Proceed In Forma Pauperis is VACATED;
2 |     2.    The Motion for Extension of Time is DENIED as MOOT based on the Order
3 | vacating the Order requiring the submission.
4 | IT IS SO ORDERED.
5 | **Dated:   December 16, 2005**          /s/ Sandra M. Snyder
    icido3                                                            UNITED STATES MAGISTRATE JUDGE