UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE WILLIAMS, | 1:05-cv-01251-AWI-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 12) |
| vs. | **ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** (Docs. 2, 6, 13) |
| R. HAELEWYN, et al., | |
| Defendants. | **ORDER REQUIRING PLAINTIFF TO PAY FILING FEE WITHIN THIRTY DAYS** |

Plaintiff, Lonnie Williams ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 16, 2005, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

1

1 　　　The Court notes that Plaintiff filed another Motion to
2 Proceed In Forma Pauperis on December 28, 2005.
3 　　　In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
5 <u>de novo</u> review of this case.  Having carefully reviewed the
6 entire file, the Court finds the Findings and Recommendation to
7 be supported by the record and by proper analysis.
8 　　　Accordingly, IT IS HEREBY ORDERED that:
9 　　　1.   The Findings and Recommendation, filed December 16,
10 2005, are ADOPTED IN FULL; and,
11 　　　2.   Plaintiff's Motions to proceed In Forma Pauperis are
12 DENIED.  Plaintiff is required to pay the filing fee within
13 thirty (30) days of the date of service of this Order or risk
14 dismissal of the action.
15 　　　IT IS SO ORDERED.

**Dated:  January 27, 2006**　　　　　　　　　　**/s/ Robert E. Coyle**
668554　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE